IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES D. NIVETTE,

    Petitioner,                    No. 2:09-cv-1173 JFM (HC)

    vs.

JOHN MARSHALL, Warden,

    Respondent.                ORDER

_____/

        Examination of this action and the court's records reveals that the petitioner has previously filed a petition for relief in the same matter.[1] (No. 2:07-cv-0759 LKK DAD (HC).) Pursuant to Local Rule 81-190(d), the above-captioned action will be reassigned to the Magistrate Judge who considered the prior petition.

        The parties should be aware that reassigning this action under Local Rule 81-190(d) merely has the result that the action is assigned to the judges who considered the prior petition; no consolidation of the actions is effected.

/////

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

Accordingly, IT IS HEREBY ORDERED that:

1. This action shall be referred to Magistrate Judge Dale A. Drozd for further proceedings; henceforth, the caption on documents filed in this action shall be shown as No. 2:09-1173 DAD (HC); and

2. The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

DATED: May 28, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

01; nive1173.190