1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9   JAMES D. NIVETTE,

10              Petitioner,              No. CIV S-09-1173 JAM DAD P

11        vs.

12   JOHN MARSHALL,

13              Respondent.             ORDER

14   _____/

15              Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas

16   corpus pursuant to 28 U.S.C. § 2254.  On March 1, 2011, judgment was entered in this court

17   denying the petition.  On June 20, 2011, petitioner filed a motion for appointment of counsel to

18   assist him on appeal.  However, the court's docket reflects that petitioner has not filed a notice of

19   appeal in this case.  The time limit for the filing of a notice of appeal following entry of judgment

20   is thirty days.  See Fed. R. App. P. 4(a).  Any notice of appeal filed by petitioner now would

21   therefore appear to be untimely.  In any event, any request by petitioner for the appointment of

22   counsel on appeal should be directed to the Ninth Circuit Court of Appeals.

23   /////

24   /////

25   /////

26   /////

1

1         Accordingly, IT IS HEREBY ORDERED that petitioner's motion for appointment

2 of counsel (Doc. No. 25) is denied without prejudice to refiling with the Ninth Circuit.

3 DATED: July 5, 2011.

4

5 _____

6 DALE A. DROZD
  UNITED STATES MAGISTRATE JUDGE

7 DAD:9
  nive1173.110d

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26