IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES D. NIVETTE,

    Petitioner,            No. CIV S-09-1173 JAM DAD P

    vs.

JOHN MARSHALL,

    Respondent.           <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

        On March 1, 2011, judgment was entered in this court denying the petition. On June 20, 2011, petitioner filed a motion for appointment of counsel to assist him on appeal. On July 6, 2011, the court advised petitioner that the court's docket reflected that he had not filed a notice of appeal in this case. The court also denied petitioner's motion for appointment of counsel without prejudice to the refiling of such a motion with the Ninth Circuit.

        Petitioner has filed a second motion for appointment of counsel to assist him on appeal and has addressed this motion to the Ninth Circuit. Petitioner is advised that this court has not processed an appeal on his behalf because he has not filed a notice of appeal. If petitioner wishes to appeal the judgment in this case he must file a notice of appeal. Once the

court processes his appeal, he may file a motion for appointment of counsel with the Ninth Circuit.

Accordingly, IT IS HEREBY ORDERED that petitioner's motion for appointment of counsel (Doc. No. 27) is denied without prejudice to refiling with the Ninth Circuit.

DATED: August 3, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
nive1173.110d(2)